IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ALEXANDER DUBOSE JEFFERSON & TOWNSEND, LLP, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:17-CV-133-RP |
| SUSAN VANCE, | § § § | |
| Defendant. | § | |

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal. (Dkt. 141). The parties stipulate to dismissal with prejudice of Plaintiff Alexander Dubose Jefferson & Townsend, LLP's ("ADJT") claims against Defendant Susan Vance ("Vance") and Vance's claims against ADJT. (*Id.*). Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action upon filing a stipulation of dismissal signed by all parties who have appeared. ADJT has done so. "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

The Court therefore **ORDERS** that the Clerk of Court **CLOSE** this action.

**SIGNED** on November 15, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE